█ In the Matter of RUTH LUNDERMAN, Appellant, against CARMINE DESAPIO, as Secretary of State of the State of New York, Respondent.— Appeal from an order of the Supreme Court, Albany County which dismissed the appellant's petition in a proceeding under article 78 of the Civil Practice Act to compel the Secretary of State to file a certificate of incorporation. Order unanimously affirmed, without costs, upon the opinion of Mr. Justice ELSWORTH in the court below. (19 Misc. 2d 679.) Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.